UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:19 CR 00675 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 545 |
| | ) | 16 U.S.C. §§ 3372(a)(1), 3371(d)(1) |
| JACKSON ROE | ) | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

### A. Introduction

It is material to this Indictment that:

1. The Endangered Species Act, Section 1538(a)(1)(A) of Title 16 of the United States Code, prohibits the importation or exportation of any species of fish or wildlife listed as federally endangered.

2. The Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") is an international treaty that provides protection to fish, wildlife, and plants that may become imperiled due to the demands of international markets.

3. CITES has been signed by over 180 countries around the world. The United States has implemented CITES as part of the Endangered Species Act and the regulations promulgated thereunder.

4. Chinese giant salamanders (*Andrias davidianus*) are listed in CITES and are an endangered species.

5. Chinese giant salamanders (*Andrias davidianus*) have been listed as federally endangered species since June 14, 1976.

**B. The Charge**

From on or about November 14, 2017, through on or about November 14, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

**JACKSON ROE,**

willfully and knowingly imported into the United States certain merchandise, that is: six Chinese giant salamanders (*Andrias davidianus*), contrary to law, in that the Chinese giant salamanders (*Andrias davidianus*) have been listed as federally endangered, further it is unlawful for any person subject to the jurisdiction of the United States to engage in any trade in any specimens contrary to the provisions of CITES, or to possess any specimens traded contrary to CITES and in that the required declaration of such merchandise was not made on such endangered species.

All in violation of Title 18, United States Code, Section 545.

### COUNT 2

**A. Introduction**

1. The previous allegations in A. 1-5 of Count 1 of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

**B. Charge**

From on or about November 14, 2017, through on or about November 14, 2019, in the Eastern District of Arkansas, the defendant,

**JACKSON ROE,**

knowingly engaged in conduct that involved the sale and purchase of wildlife with a market value in excess of $350.00, that is: six Chinese giant salamanders (*Andrias davidianus*) and did knowingly import, receive, and purchase said wildlife in foreign commerce from China to Conway, Arkansas, USA, knowing that said wildlife were taken, possessed and sold in violation of and in a manner unlawful under the laws and regulations of the United States, specifically 16 U.S.C. Section 1538(c)(l).

All in violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(A).

(END OF TEXT.  SIGNATURE PAGE ATTACHED)