IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:19CR00675 DPM |
| ) | |
| JACKSON ROE ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE AS CO-COUNSEL

The United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Erin O'Leary, Assistant United States Attorney, enters an appearance in this matter as co-counsel for the United States.

Respectfully submitted,

CODY HILAND
United States Attorney


By: ERIN O'LEARY
Assistant U.S. Attorney
Bar Number 2011069
P.O. Box 1229
Little Rock, AR 72203
(501)340-2600
Erin.O'Leary@usdoj.gov