# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**v.**                            **No. 4:19-cr-675-DPM**

**JACKSON ROE**                                            **DEFENDANT**

## ORDER OF REFERRAL

The motion to revoke Jackson Roe's pretrial release, *№ 10*, is referred to United States Magistrate Judge Patricia S. Harris, who set defendant's conditions of release, *№ 3*.

So Ordered.

*/s/ DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

16 December 2019