# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                         **Plaintiff**

**v.**                              Case No.: 4:19−cr−00675−DPM

**Jackson Roe**                                                               **Defendant**

## NOTICE OF HEARING

     PLEASE take notice that a Bond Revocation Hearing has been set in this case for December 20, 2019, at 01:00 PM before Magistrate Judge Patricia S. Harris in Little Rock Courtroom # 1B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** December 16, 2019                                  AT THE DIRECTION OF THE COURT
                                                                              JAMES W. McCORMACK, CLERK

                                                                             **By:**  Colleen F. DuBose, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas