IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19-CR-00675-DPM-1 |
| | ) | |
| JACKSON ROE | ) | |

### AMENDED MOTION FOR REVOCATION OF PRETRIAL RELEASE

The supervising pretrial services officer prepared and signed a Petition for Action on Conditions of Pretrial Release for Issuance of a Summons because the defendant failed to comply with certain of the conditions that this Court had previously imposed pending trial.

The defendant first appeared before the Court on November 15, 2019, for his initial appearance. At that hearing, the Court released him on various terms and conditions. One special condition required that the defendant find a new home(s) for the two venomous snakes he currently had in his residence. The Court instructed the defendant to not euthanize the snakes, and stated on the record that if the defendant needed additional time in order to find appropriate placement for the snakes, that time would be allotted to him.

Since then, one of the Special Agents of the U.S. Fish and Wildlife Service had been diligently working to find new housing for the venomous snakes. One snake was rehomed at the Little Rock Zoo, while housing for the second snake was secured late last week at a facility in Kentucky. The agent had been in communication with both Roe and his father regarding the plans and, just this past Monday, defense counsel had been advised of the plan by the undersigned. In addition, the pretrial officer had several conversations with Roe about this process. Disregarding the Court's order, the pretrial officer's instructions, and the efforts by the agent, the defendant

euthanized the snake on December 10th, 2019.

      THEREFORE, for the above reasons, the United States requests that a summons be issued for the defendant and that the defendant show cause for why his bond should not be revoked.

      Respectfully submitted,

      CODY HILAND
      United States Attorney

      By: ERIN O'LEARY
      Assistant U.S. Attorney
      AR Bar 2011069
      P.O. Box 1229
      Little Rock, AR 72203
      (501) 340-2600
      Erin.O'Leary@usdoj.gov