IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                                        NO. 4:19-CR-675-DPM-1

JACKSON ROE                                                                                DEFENDANT

## ORDER

Pending before the Court are the Government's motion to revoke pretrial release (Docket entry #10) and amended motion to revoke pretrial release (#13). The Government contends that Mr. Roe violated a condition of his release by killing a venomous snake officers discovered during the search of his house. Notably, the snake (a green mamba) was not on an endangered species list, and Wildlife Officer Bland testified that it was not a violation of federal law for Mr. Roe to own the snake. Nonetheless, the snake obviously presented a danger to pretrial officers making home visits. As Officer Bland testified, a bite from the snake is so deadly that it would offer just a thirty-minute window for seeking treatment, and the closest cache of anti-venom for this snake is in Memphis, Tennessee.

One of the conditions of Mr. Roe's release was for him to find new homes for his two venomous snakes—the green mamba and a Gaboon viper. With Officer Bland's help, the viper was placed at the Little Rock Zoo, but the Zoo declined to take the mamba due to the lack of available anti-venom in Little Rock. A zoo in Kentucky did agree to accept the mamba, but there were significant hurdles in legally transporting the snake.

It is undisputed that Mr. Roe did not "re-home" the mamba. After he and his father tried unsuccessfully to lure the snake from its terrarium into a bag for transport, they determined that euthanasia was the better option and killed the snake.

After considering the testimony presented by Agent Bland and Mr. Roe's father and after hearing argument of counsel at the December 20 revocation hearing, the Court finds that Mr. Roe did not intentionally violate the explicit conditions of his release when he euthanized the green mamba rather finding it a new home.

In addition to citing the demise of the snake as cause to revoke pretrial release, Assistant United States Attorney Erin O'Leary also cited Mr. Roe's lack of adequate communication with his pretrial services officer about his mental health treatment. Further, Ms. O'Leary raised concerns about the placement of Mr. Roe's firearms at his parents' home, given that the Defendant spends significant time at their house. Ms. O'Leary also requested that Mr. Roe surrender of the mamba's corpse to Officer Bland.

The presence of the mamba, while alive, prohibited the pretrial officer from readily going into Mr. Roe's home, where his medications are kept. Now that the snake is dead, there should not be a further impediment to pretrial officers' accessing Mr. Roe's home. And, since the Government filed its motion to revoke, Mr. Roe has given his pretrial officer documentation from his treating doctor about his mental health treatment and medications.

Mr. Roe still had the green mamba's remains at the time of the hearing, but he agreed to surrender the dead snake to Agent Bland at a mutually convenient time. Mr.

Roe and his father further agreed to place the firearms at issue with Mr. Roe's lawyer, Bill James.

All issues having been resolved, the motions to revoke pretrial release are DENIED, this 20th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE