MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): __4__
ARRAIGNMENT, Length of Hearing (minutes): __4__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America

v.   Case No.: 4:19CR00675-01 DPM

Jackson Roe

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 30 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 12/30/2019        Deft is ___ is not _✓_ in custody
Continued Until: _____   ___ Deft did not appear
Reason for continuance _____  ___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Edward O. Walker**
Defense Counsel: **William Owen James, Jr.** (by Megan Wilson) (Appointed / **Retained**)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT          CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _✓_____         Not Guilty _____
Guilty (indicates desire)_____    Guilty _____
Nolo Contendere (desire)_____    Nolo Contendere _____

_✓_ Demands Trial by Jury            ___ Waives Jury Trial
                                       Deft agrees _____
                                       Govt agrees _____

### BAIL

Bail Set at: _OR bond w/ conditions_  By: _PSH_  Date: _11-15-19_

Bail Changed to: _____  By: _____  Date: _____

Number of Days estimated for Trial:
Estimated Trial Date: **1/30/2020 @ 9:30 a.m., before the Honorable Judge D.P. Marshall Jr. in Room B155. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: __12/30/2019__         SO ORDERED: _____
                                       U. S. MAGISTRATE JUDGE