IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | 4: 19CR-00675 DPM |
| | ) | |
| JACKSON ROE | ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, Jackson Roe, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for Jury Trial on January 30, 2020 at 9:30 a.m.

2. Defense Counsel would request a continuance of the trial date in order to have more time to obtain discovery and properly prepare for the trial in this matter.

3. Defense Counsel has not previously requested a continuance in this case.

4. Assistant U.S. Attorney Erin O' Leary, has indicated that she has no objection to this continuance.

5. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,
/s/ William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com