# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                No. 4:19-cr-675-DPM

JACKSON ROE                                                   DEFENDANT

## ORDER

Roe moves unopposed to continue his 30 January 2020 trial.* He was arraigned last month; and his lawyer needs more time to obtain discovery and prepare for trial. № 18. Considering Roe's diligence, the ends of justice are better served by giving him more time to prepare his case for trial or a plea. And this interest outweighs both his and the public's interest in a speedy trial. The Court therefore grants the motion, № 18, and reschedules the trial for 28 December 2020 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2020

_____

* In considering the motion to continue, the Court reviewed the Indictment in this case, № 5, which appears to be missing some citations. The Court doesn't know how material this may be.