UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00675 DPM |
| | ) | |
| JACKSON ROE | ) | |

## **JOINT THIRTY DAY REPORT**

The United States of America, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Edward O. Walker, Assistant United States Attorney, and Defendant Jackson Roe, and in response to the Court's General Criminal Scheduling Order state:

1. The parties are attempting to resolve the case.

2. If the parties are unable to reach a resolution, a continuance will be filed.

Respectfully Submitted,

CODY HILAND
United States Attorney


EDWARD O. WALKER
AR Bar Number 2000076
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR   72203
Telephone:   501-340-2600
E-mail: Edward.O.Walker@usdoj.gov