# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      No. 4:19-cr-675-DPM

JACKSON ROE                                                      DEFENDANT

## ORDER

Roe's trial was previously set for 28 December 2020. The Court cancelled the trial based on the ongoing emergency conditions due to COVID-19. ADMINISTRATIVE ORDER EIGHT. The Court cannot safely call and retain an adequate number and cross section of jurors at this time; and following current public health recommendations will affect the availability of Roe, counsel, members of the public, and court staff to be present in the courtroom. Considering the parties' diligence, the Court therefore finds that the ends of justice are best served by a continuance. And this interest outweighs both Roe's and the public's interest in a speedy trial. The Court therefore reschedules the trial for 22 February 2021 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 December 2020