## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | 4: 19CR-00675 DPM |
| | ) | |
| JACKSON ROE | ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, Jackson Roe, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter has been recently rescheduled for a Jury Trial on February 22, 2021 at 9:30 a.m.

2. Defense Counsel has scheduling conflicts with the new trial date in this matter. Defense Counsel is scheduled for a 3-day trial on a capital murder case in Jefferson County Circuit Court 1st Division scheduled to begin February 22, 2021, *State v. Arnett May 35CR-19-504,* Defense Counsel also has a jury trial on a battery 1st degree case in Jefferson County Circuit Court 1st Division scheduled top begin February 22, 2021, *State v. Cameron Bennett 35CR-20-460,* Defense Counsel has a jury trial on two possession of a controlled substance cases scheduled to begin February 23, 2021 in Pope County Circuit Court, *State v. Jorge Rodriguez and State v. Eugene Aguilar 58CR-20-663 & 58CR-20-664 respectively.*

3. Defense Counsel would request a continuance of the trial date until such a time as when Defense Counsel is available to be in court for the trial in this matter.

4. Assistant U.S. Attorney Ed Walker, has indicated that he has no objection to this continuance.

5.      The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com