# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   No. 4:19-cr-675-DPM | |
| JACKSON ROE | DEFENDANT |

## ORDER

Roe moves unopposed to continue his 25 January 2021 trial. His lawyer has a conflict with the trial date. *Doc. 24.* Considering Roe's diligence, the ends of justice are better served by ensuring continuity of counsel and giving his attorney more time to prepare the case for trial or a plea. And this interest outweighs both his and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 24*, and reschedules the trial for 27 September 2021 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2020