## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS | )   4: 19CR-00675 DPM |
| | ) |
| JACKSON ROE | ) |

### MOTION FOR CONTINUANCE

Comes now the Defendant, Jackson Roe, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for a jury trial on September 27, 2021, at 9:30 a.m.

2. Defense Counsel and the Government have reached an agreement as to the disposition of this matter.

3. In an effort to obtain a calendar-friendly date on which to schedule a change of plea hearing, it became necessary to reset the jury trial date.

4. Defense Counsel would request a continuance of the trial date in order to facilitate the scheduling a change of plea date when Defense Counsel is available to be in court.

5. Assistant U.S. Attorney Ed Walker, has indicated that he has no objection to this continuance.

6. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com