# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                            No. 4:19-cr-675-DPM

JACKSON ROE                                                DEFENDANT

## ORDER

Roe moves unopposed to continue his 27 September 2021 trial. His lawyer needs more time to schedule a plea date when he's available to be in Court. *Doc. 27.* Considering Roe's diligence, the ends of justice are better served by ensuring continuity of counsel and giving his attorney more time to prepare the case for trial or a plea. And this interest outweighs both Roe's and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 27*, and reschedules the trial for 27 December 2021 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

31 August 2021