UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                              Plaintiff

v.                                    Case No.: 4:19–cr–00675–DPM

Jackson Roe                                                                          Defendant

---

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for December 15, 2021, at 03:15 PM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** September 29, 2021　　　　　　　　　　AT THE DIRECTION OF THE COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　TAMMY H. DOWNS, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　　**By:** _Sherri L. Black, Deputy Clerk_

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas