### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | 4:19 CR00675 DPM-1 |
| ) | |
| JACKSON ROE ) | |

### NOTICE OF APPEARANCE

Comes now, Megan M. Wilson of the James Law Firm, and for her Notice of Appearance states that she has also been retained by the Defendant and requests that all pleadings and pertinent correspondence in this cause of action continued to be directed from this day forward to James Law Firm, 1001 La Harpe Blvd, Little Rock, Arkansas, 72201.

WHEREFORE, Megan M. Wilson, of the James Law Firm, prays that she be entered as an attorney of record for Jackson Roe in the above-captioned case.

Respectfully submitted,

Megan M. Wilson
Ark. Bar No. 2018093
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72001
(501) 375-0900
E-mail: mwilson@jamesfirm.com