## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**　　　　　　　　　　　　　　　　　　　　　　**Plaintiff**

**v.**　　　　　　　　　　**Case No.: 4:19–cr–00675–DPM**

**Jackson Roe**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Defendant**

---

### NOTICE OF HEARING

　　PLEASE take notice that a Sentencing has been set in this case for July 8, 2022, at 09:00 AM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  December 17, 2021　　　　　　　　　　AT THE DIRECTION OF THE COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　TAMMY H. DOWNS, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　**By:**  Sherri L. Black, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas