# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                    **No. 4:19-cr-675-DPM**

**JACKSON ROE**                                                      **DEFENDANT**

## SENTENCING SCHEDULING ORDER

Sentencing is set for **8 July 2022 at 9:00 a.m. in Courtroom 1A.**   So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated...........................................................................**8 June 2022**

- Motions to depart or vary and sentencing memoranda filed...............................................................**15 June 2022**

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve, and any other case-specific issue that the Court needs to prepare for.......................................................**22 June 2022**

- Responses to any departure or variance motions and responding memoranda filed...............................**22 June 2022**

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr
United States District Judge

17 December 2021