IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 4:19-CR-675-DPM |
| | ) | |
| JACKSON ROE | ) | |

SENTENCING MEMORANDUM

COMES NOW Defendant, Jackson Roe, hereinafter referred to as "Roe," by and through counsel, James Law Firm. Within Roe's sentencing memorandum, he states:

I. INTRODUCTION

Roe was charged on December 4, 2019, in a two-count indictment. Count one was for smuggling federally endangered animals into the United States in violation of 18 U.S.C. § 545; count two was for the importation and possession of illegally taken wildlife, a violation of 16 U.S.C. § 1538(c)(1). Because Roe pled guilty to count two, the Government moved to dismiss count one. The illegal conduct occurred between on or around November 14, 2017 to on or around November 14, 2019.

II. JACKSON ROE'S SENTENCE REQUEST

A. Guideline Calculation:

Roe stipulated to a base offense level of six; offenses involving fish, wildlife, and plants have a base offense level of six under USSG §2Q2.1(a). Roe further stipulated to an additional two points per USSG §2Q2.1(b)(1)(B) because the offense to which Roe pled guilty involved a pattern of similar violations. Due to the offense involving endangered or threatened species under the Endangered Species Act, USSG §2Q2.1(b)(3)(B)(ii), Roe stipulated to an additional four points, which gave him an offense level of twelve. Roe, because he accepted responsibility for the offense, received a decrease in his offense level by two points, giving him an offense level of ten.

Roe's criminal history score is zero; he has no adult criminal convictions. Because his criminal history score is zero, his criminal history category is I. Therefore, Roe's guideline range should be calculated at six to twelve months on Federal Probation.

**B. Request:**

Roe requests that this Honorable Court follow the agreement orchestrated by the United States Government and his counsel, allowing him to complete his sentence through federal probation. This is Roe's first adult criminal offense; since being federally indicted, he has not accumulated any other charges. Roe has continued to work, and has made great strides to live as an upstanding citizen in society. It would not be a burden nor a danger to the United States for Roe to complete his sentence through probation. With that, Roe requests probation instead of a prison sentence.

WHEREFORE, Jackson Roe submits this sentencing memorandum.

Respectfully submitted,

<u>William O. "Bill" James, Jr.</u>
WILLIAM O. "BILL" JAMES, JR. (94108)
JAMES LAW FIRM
1001 La Harpe Blvd.
Little Rock, AR. 72201
501-375-0900