**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**   Case No.: 4:19–cr–00675–DPM | |
| **Jackson Roe** | **Defendant** |

## NOTICE OF HEARING

PLEASE take notice that the Sentencing has been rescheduled in this case for August 1, 2022, at 02:30 PM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 17, 2022                                          AT THE DIRECTION OF THE COURT
                                                                              TAMMY H. DOWNS, CLERK

                                                                                      **By:** Sherri L. Black, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas