UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19CR00675-DPM-1 |
| | ) | |
| JACKSON ROE | ) | |

**JOINT SENTENCING NOTICE**

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Erin O'Leary, Assistant United States Attorney for said district, and the defendant, Jackson Roe, through his counsel Bill James, for their Joint Report, state as follows:

The parties do not plan to call any witnesses.

The parties estimate that the hearing will take approximately one hour.

The parties agree that the third point does not apply.

The parties agree that the safety valve does not apply.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: Erin O'Leary
Assistant U.S. Attorney
AR Bar No. 2011069
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Erin.O'Leary@usdoj.gov