IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | 4:19 CR00675 DPM-1 |
| ) | |
| JACKSON ROE ) | |

## NOTICE OF APPEARANCE

Comes now, Jay P. Coleman of the James Law Firm, and for his Notice of Appearance states that he has also been retained by the Defendant and requests that all pleadings and pertinent correspondence in this cause of action continued to be directed from this day forward to James Law Firm, 1001 La Harpe Blvd, Little Rock, Arkansas, 72201.

WHEREFORE, Jay P. Coleman, of the James Law Firm, prays that he be entered as an attorney of record for Jackson Roe in the above-captioned case.

Respectfully submitted,

Jay P. Coleman
Ark. Bar No. 2020104
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72001
(501) 375-0900
E-mail: jcoleman@jamesfirm.com